IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02855-LTB

DAVID A. DAILEY (and Homeless Class Action Litigation)

    Plaintiff(s),

v.

LEO MCKINNEY, Mayor,
TERRY L. WILSON, Chief of Police,
TED EDMONDS, Mayor Pro-Tem,
STEPHEN BERSHENYI, Glenwood Springs Councilman,
DAVE STUGES, Glenwood Springs Councilman,
MATTHEW STECKLER, Glenwood Springs Councilman,
TODD LEAHY, Glenwood Springs Councilman, and
MICHAEL GAMBA, Glenwood Springs Councilman,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 6, 2015, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 6 day of February, 2015.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/ T. Schaffer
                              Deputy Clerk